STATEHOOD REPUBLICAN PARTY OF PUERTO RICO, ARMANDO SCHMIDT, Petitioners, v. CONSTITUTIONAL BOARD FOR THE REVISION OF SENATORIAL AND REPRESENTATIVE ELECTORAL DISTRICTS, composed of the HONORABLE LUIS NEGRÓN FERNÁNDEZ, CHAIRMAN, and LEOPOLDO FIGUEROA and SAMUEL R. QUIÑONES, ASSOCIATE MEMBERS, Respondents.

No. M-64-1.     Decided March 25, 1964.

ORDER

The foregoing petition for mandamus is hereby denied.

Mr. Justice Belaval and Mr. Justice Santana Becerra are of the opinion that the Court lacks jurisdiction on the matter.

Mr. Chief Justice Negrón Fernández and Mr. Justice Hernández Matos did not participate herein.

It was so agreed by the Court as witnesses the signature of the Chief Justice pro tempore.

(s) PEDRO PÉREZ PIMENTEL

*Chief Justice pro tempore*

I attest:

(s) IGNACIO RIVERA

*General Secretary*